IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ONAFFIA McFADDEN, #S-03239, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 13-cv-481-NJR-DGW |
| RICKEY PEARL, et al., | ) |
| Defendants. | ) |

**DEFENDANT PEARL'S RESPONSE TO
PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

NOW COMES the Defendant, RICKEY PEARL, by and through his attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby provides the following response to Plaintiff's motion for entry of default [Doc. 58]. In support thereof, Defendant Pearl makes the following statements:

1. On December 17, 2014, Plaintiff filed a document titled "Motion for Entry of Default." [Doc. 58].

2. In his motion, Plaintiff requests the Court enter default judgment against Defendants Martin Marvin and Matthew Swalls for "failing to Answer Plaintiff's Requested Admissions, and failing to comply with this court Scheduling and Discovery Order filed October 31, 2014." [Doc. 58].

3. Contrary to Plaintiff's assertions, the Court should not enter default judgment against Defendants Marvin and Swalls.

4. As documented in the October 31, 2014, Motion to Withdraw, Defendants Marvin and Swalls have not yet been served and have not requested representation from the Attorney General's Office. [Doc. 44].

5. Rule 55(a) of the Federal Rules of Civil Procedure allows for an entry of default when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend." Fed. R. Civ. P. 55(a).

6. Since Defendants Marvin and Swalls have not yet been served, they have yet to receive notice of the instant action, and thus have not yet had an adequate opportunity to plead or otherwise defend against this suit.

7. The instant response is provided in an ongoing effort to correct any residual confusion—regarding service of process and the status of representation—arising out of the inadvertent error identified and discussed in the October 31, 2014, Motion to Withdraw. [Doc. 44].

WHEREFORE, for the above and foregoing reasons, Defendant Pearl respectfully requests this honorable Court deny Plaintiff's motion for entry of default.

Respectfully submitted,

RICKEY PEARL,

Defendant,

Terry S. Lu, #6313383
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 557-7081  Phone
(217) 524-5091  Fax
Email: tlu@atg.state.il.us

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendant,

By: /s/ Terry S. Lu
    TERRY S. LU, #6313383
    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| ONAFFIA McFADDEN, #S-03239, | ) |
| Plaintiff, | ) |
| -vs- | ) Case No. 13-cv-481-NJR-DGW |
| RICKEY PEARL, et al., | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 24, 2014, the foregoing document, *Defendant Pearl's Response to Plaintiff's Motion for Entry of Default*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice to the following:

None.

and I hereby certify that on the same date, I caused a copy of the foregoing document to be mailed by United States Postal Service, in an envelope properly addressed and fully prepaid, to the following non-registered participant:

Onaffia McFadden, #S-03239
Menard Correctional Center
Post Office Box 1000
Menard, Illinois 62259

Respectfully submitted,

By: /s/ Terry S. Lu
Terry S. Lu, #6313383
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 557-7081 Phone
(217) 524-5091 Fax
Email: tlu@atg.state.il.us