IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

SCANNED AT MENARD and E-mailed
10-14-15 by mr 3 pages
date    initials   No.

ONAFFIA MCFADDEN
 PLAINTIFF,

CASE NO: 13-481-NJR-DGW

VS.

RICKEY PEARL et. al.,

## NOTICE

Now comes Plaintiff, Onaffia McFadden, pro-se, and hereby Notify this Honorable Court of the following:

1.) On September 22, 2015, This plaintiff filed his Dispositive MOTION (Summary Judgement/Supp BR. Doc 100.) in Accordance with this court scheduling and Discovery order (Doc. 41)

2.) Subsequently, this court notified defendants that they must Respond to plaintiffs summary Judgement by Oct. 26 2015

(1)

3.) On the same day of SEPT 22, 2015. This plaintiff mailed a certified full copy of said summary Judgement/supp BR. TO DEFENDANTS AND THEIR ATTORNEY ADAM LIPTEZ OF ILLINOIS AAG. (ASSISTAINT ATTORNEY GENERAL) OFFICE.

4.) ON October 2, 2015. DEFENDANTS FILED A MOTION FOR EXTENTION OF TIME TO FILE THEIR DISPOSITIVE (SUMMERY) MOTION... PLAINTIFF IS CONFUSED... PLAINTIFF BELIVES AS THIS COURT HAS ORDERED, That THE PLAINTIFFS OUGHT TO RESPONT TO THE PLAINTIFFS DISPOSITIVE? FOR THE PLAINTIFF HAS MOVED "FIRST," PLAINTIFF WOULD LIKE FOR THIS COURT TO MAKE THIS CLEAR TO DEFENDANTS, UNLESS THEY ACTUALLY MEAN TO MOTION "FOR EXTENTION" TO RESPOND TO PLAINTIFF'S SUMMARY DISPOSITIVE...

(2)

# CERTIFICATION

I, THE UNDERSIGNED HEREBY ~~ACCURATELY~~ CERTIFY THAT ON OCTOBER 6, 2015 - I PLACED IN MENARD MAIL SYSTEM THE NOTIFICATION TO BE ELECTRONICALLY FILED TO ILSD - EAST ST. LOUIS DIVISION COURT USING MENARD CM/ECF SYSTEM HERE IN MENARDS LAW LIBRARY.

Respectively Submitted,

ONAFFIA MCFADDEN
#S-03239
P.O BOX 1000
Menard, IL 62259

(3)