IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ONAFFIA MCFADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-481 |
| | ) | |
| RICKEY PEARL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND FILE DISPOSITIVE MOTION**

NOW COME Defendants, MARCUS MARTIN, RICKEY PEARL, and MATTHEW SWALLS, by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and hereby move for an extension of time up to and including November 13, 2015, to respond to Plaintiff's motion for summary judgment (Doc. 100) and file a dispositive motion, stating as follows:

1. Defendants' response to Plaintiff's motion for summary judgment is due on November 2, 2015.

2. Defendants' deadline to file a dispositive motion is also on November 2, 2015.

3. Assistant Attorney General Adam Lipetz had been attempting to prepare a response to Plaintiff's Motion and a dispositive motion, consult with the Defendants, and obtain the necessary affidavits; however, he is on leave and no longer assigned to this case.

4. The undersigned replaced AAG Lipetz as counsel for Defendant on November 2, 2015.

5. The undersigned counsel has had insufficient opportunity to properly prepare a

1

response and a dispositive motion, obtain the necessary affidavits due to a heavy workload, and because he has not had time to familiarize himself with the case.

6. Accordingly, Defendants' counsel requires additional time to draft and finalize a well-supported response and motion. Defendants request an extension of time, up to and including November 13, 2015, to file a response to Plaintiff's motion for summary judgment and dispositive motion.

7. Defendants believe that this extension will not prejudice Plaintiff, nor will it cause Plaintiff unnecessary inconvenience.

8. This motion is made in good faith and not for the purpose of undue delay.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this Court grant an extension of time up to November 13, 2015 to file their response and dispositive motion.

> Respectfully submitted,
>
> MARCUS MARTIN, RICKY PEARL, and MATTHEW SWALLS,
>
> Defendants,
>
> LISA MADIGAN, Attorney General of the State of Illinois,
>
> Attorney for Defendants,
>
> BY: s/ Robert L. Fanning
> Robert L. Fanning
> Assistant Attorney General

Robert L. Fanning, #6296345
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone (217)782-2077
Fax (217) 524-5091
Email: rfanning@atg.state.il.us
Of Counsel.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ONAFFIA MCFADDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 13-481 |
| | ) | |
| RICKEY PEARL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I electronically filed the foregoing Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and File Dispositive Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on November 2, 2015, I mailed by United States Postal Service, the document to the following non-registered participant:

Onaffia McFadden #S-03239
Menard Correctional Center
PO Box 1000
Menard, IL 62259

Respectfully Submitted,

 /s/ Robert L. Fanning
Robert L. Fanning, #6296345
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
(217) 782-2077 Phone
(217) 524-5091 Fax
E-Mail: rfanning@atg.state.il.us